[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RECEIVED
FEB 27 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dante Rodgers

(Enter above the full name of the plaintiff or plaintiffs in this action)

1:24-cv-01639
Judge Ellis
Magistrate Judge Jantz
PC 6
DIRECT

vs.

BTisza
KAcey
Tom Dart

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: Dante Rodgers

B. List all aliases: _____

C. Prisoner identification number: 20231211109

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California Ave, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: B Tisza

Title: Correctional Officer

Place of Employment: Cook County

B. Defendant: K Acey

Title: Correctional Officer

Place of Employment: Cook County

C. Defendant: Tom Dart

Title: Sheriff of Cook County

Place of Employment: Cook County

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Jan 22-2024 I was House on 4A in cell 6 I Just Got on Deck i didnot even un Pack when (KAcey) in (BTisza) Brought another IIC on Deck By The name Dominick wellington He was Sign to come in the cell with Me The Deck 4A is segregation when (KAcey)(BTisza) Brought Hime He was acting extremely agitated when He got infront of The cell i was in He look in befor They could Put Him in with me in told (KAcey)(BTisza) That He could not Go in the cell with That we was into it on another Tier and that we even Got in to a fight He kept Tell Both officer That if He go in the cell With Me He would fight me Because He didnot wont to Be in the cell with me That we was into it He said these word about ± 5 times Both (KAcey)(BTisza) Pull him Back to the table in cuff Him to The table while (BTISZA) whate Him (KAcey) went to look on the computer in check to see if He could find A report of us every fighten when He was dun He came Back in Then un cuff The IIC in stated i did not find A

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

report so You Have to go in the cell, The IIC Then Stated If YAll Put me In The cell with him i will fight him (KAC) Then stated go Head we no how to Break it up They Both told me to sit down i did what they told me They Put The IIC in the cell with me Then He charge Me while i was sitting down Then we started going at it The Correctional officers Just wanted to SPRAY They mace we both got mace The only Thing They did was Put my face under some water The medical only check to see if i had any sores They did not do any to get rid of The mace They did not even Change my cloth or blanket or sheets They The officer was a moveing officer who Tooken A PAPer Towel in whip my face They Then Put me on 3A in cell 8 with another IIC while i still had mac spray in smell on my body in clothe The other (In-mate) was coughing it tooken me until They did cloth exchange to get me change out in New everything That tooken 3 days so we was Coughing in smelling mace from monday 22-2024 until Thursday 25-2024 we eat our food in mace smell

5                                                                 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: *I recently filed a law suit mail with this filing.*

B. Approximate date of filing lawsuit: *2-14-24*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *I am the only plantiff*

D. List all defendants: *Thomas Dart, R. Ramirez Figueroa X Saldana R Rivera 04 A Lumpkins S Hines 02*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *Northern District of ILL*

F. Name of judge to whom case was assigned: *unassigned*

G. Basic claim made: *Failure to protect and excess force*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Mailed in with the other lawsuit 2-14-24*

I. Approximate date of disposition: *N/A*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

ask The court to make sure cook count officer Porter IIC Datter and to Give me The adquate compensation I should get

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

Dante Rodgers
(Signature of plaintiff or plaintiffs)

Dante Rodgers
(Print name)

20231211109
(I.D. Number)

2700.S California Ave. Chicago, IL 60608
(Address)

Dante Rodgers
20231211109
DIV 8 RTU 4D
2700 S. California Ave.
Chicago IL 60608

Legal mAil

United States District court
219 S. Dearborn Street
20th floor, Chicago IL 60604

Legal mail




